UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR NO.: 2:21-341 |
| v. ) | |
| ) | **ORDER OF REFERENCE TO** |
| MAURICE MITCHELL, ) | **MAGISTRATE JUDGE: MOLLY HUGHES CHERRY** |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

This matter is referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. The Magistrate Judge shall be determined pursuant to the District's assignment system. Referral is for the purpose(s) set out below:

**CRIMINAL CASE:**

_____ 1.   Accept guilty plea.

_____ 2.   Conduct pretrial conference.

__X__ 3.   Other matters: Motion for Medical Treatment, Detention Hearing (#303)

The parties should direct any inquiries about these matters to the Magistrate Judge. The Clerk should forward any filings related hereto directly to the Magistrate Judge.

IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

November 23, 2021
CHARLESTON, SOUTH CAROLINA

Rev. 5/03